IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MELLENS,                           No    C 09-3426 VRW

    Plaintiff,                           ORDER

    v

SUSAN FUGI and JEWEL ROBERTS,

    Defendants.
_____/

    On August 17, 2009, the court issued an order dismissing plaintiff's complaint with leave to amend no later than August 31, 2009.  Doc #79.  Plaintiff has not filed an amended complaint and the date for doing so has passed.

    Accordingly, pursuant to FRCP 41(b), all plaintiff's claims in 09-3426 are hereby DISMISSED.

    IT IS SO ORDERED.

                                            VAUGHN R WALKER
                                            United States District Chief Judge